IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CLARA WILLIAMS,** )<br>)<br>Plaintiff, )<br>) **CIVIL ACTION**<br>v. )<br>) **FILE NO. 1.12-cv-0035-SCJ**<br>**GRADY MEMORIAL** )<br>**HOSPITAL CORPORATION** )<br>**d/b/a, GRADY HEALTH** )<br>**SYSTEM,** )<br>)<br>Defendants. )<br>_____ ) | |

## ORDER

Upon application of the parties and upon review of the settlement agreement entered into by the parties in this action, the Court concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable. This Court thereby orders that the above-styled action be **DISMISSED WITH PREJUDICE**.

This the 25th day of March, 2014.

s/Steve C. Jones
Honorable Steve C. Jones
United States District Court